AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

Reynaldo Cruz

APPEARANCE

CASE NUMBER: CR07-98ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Reynaldo Cruz

I certify that I am admitted to practice in this court.

7-23-07
Date

[signature]
Signature

Michael Lombardi — Print Name
7287 — Bar Number

454 Broadway — Address

Providence — City
RI — State
02909 — Zip Code

401-751-3900 — Phone Number
751-8983 — Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.