UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | |
| | : | C.R. NO.: 07-00098-001ML |
| REYNALDO CRUZ | : | |

DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE

Now comes the defendant, Reynaldo Cruz, by and through counsel, and hereby moves this Honorable Court to depart downward from the proposed sentencing guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant hereby requests ten minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 10:30 a.m. on Friday, January 4, 2008. For defendant's arguments please see the accompanying memorandum of law.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy of the within was electronically filed to the United States District Court, Office of the Clerk, www.rid.courts.gov and to Mary E. Rogers, Assistant U.S. Attorney, mary.rogers@usdoj.gov on this 6th day of December 2007.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq. (Bar #4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02903
(401) 751-3900
(401) 751-8983 (Fax)