UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR-07-098ML
:
REYNALDO CRUZ :

DEFENDANT'S MOTION TO AMEND NAME OF DEFFENDANT'S PREVIOUS MOTION FOR DOWNWARD DEPARTURE TO DEFENDANT'S MOTION FOR A VARIANCE FROM RECOMMENDED GUIDELINE RANGE

Now comes the Defendant, by and though counsel, and respectfully requests this Honorable Court to amend the name of Defendant's Motion for a Downward Departure which was electronically filed on December 6th, 2007 to Defendant's Motion for a Variance from Recommended Guideline Range.

WHEREFORE, Defendant prays that the above Motion be granted.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy of the within Motion was electronically filed to the United States District Court, District of Rhode Island, www.rid.uscourts.gov and to Sandra R. Beckner, Assistant U.S. Attorney, Sandra.beckner@usdoj.gov on this 19th day of December 2007.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)