UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs.

Reynaldo Cruz

Docket No. 07-00098-01ML

NOTICE OF APPEAL

COMES NOW the Defendant Reynaldo Cruz, pro se, and hereby gives notice of appeal from the judgement and sentence imposed by this Court on January 4, 2008. Defendant states the following:

1. Sentencing guideline was miscalculated and applied according to new ammendment on cocaine base.

WHEREFORE, defendant request this Court to accept this notice of appeal from the judgement and sentence.

Respectfully submitted this 10th day of January, 2008.

[signature]

Reynaldo Cruz
Donald W. WyaTT Detention
950 High ST.
Central Falls, RI. 03863

cc/ AUSA Sandra R. Beckner, Esq.
Joseph J. Voccola, Esq.