UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 18, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 07-098ML
USA v. Reynaldo Cruz

**CCA# ______________**

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By____________________
John Duhamel
Deputy Clerk

Encl:

**Volume I:** **Docket entries 1 - 6, 7 (redacted); 10 - 14**
**Volume II:** **Sealed entries 7 (unredacted), 8, 9, and PSR and Statement of Reasons**
**Certified Docket**