# JOSEPH J. VOCCOLA, ESQ.
# AND ASSOCIATES

ATTORNEYS AT LAW
454 BROADWAY • PROVIDENCE, RI 02909

(401) 751-3900 • FAX: (401) 751-8983


RECEIVED

JAN 22 2008

Property of U.S. District Court
District of Rhode Island

January 21, 2008

John Duhamel
Clerk, United States District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

RE: USA vs. Reynaldo Cruz
CR. 07-98-01ML

Dear John:

Enclosed please find correspondence given to me by Mr. Reynaldo Cruz on January 21, 2008. He asked me to forward these documents to Chief Judge Lisi.

Thank you,

Very Truly Yours,

Joseph J. Voccola, Esq.
JJV/hm

Enclosure(s)