1/21/2008

Estimado JUEZ LISI mi
aBOGAdo JOSEPHS VOCCOLA
VINO a vicitarme el 21 de enero
del 2008 de pues que yo able con
el de la notificcion de apelar
que yo mande a la corte me di
quenta que mande esta notificacion
en error por Favor disculpe
y no quiero seguir con el
le estoy dando esta carta a mi
aBogado para entregartela a ti
sinceramente

Rigoberto Cruz

ENGLISH TRANSLATION

January 21, 2008

Dear Judge Lisi:

My attorney, Joseph J. Voccola, came to visit me on January 21, 2008. After I spoke to him about the notice of appeal I sent to the court, I realize that this notice was sent in error. Please disregard it. I wish to withdraw it. I am giving my lawyer this letter to give to you.

Sincerely,
Reynaldo Cruz